UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Lorraine Thompson,

Debtor.

Case No.:      19-18003-SLM

Chapter:            13

Hearing Date:      12/10/2019

Judge:            Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief from Stay re: 24 Cypress Avenue, Haldeon, NJ (Docket # 16)

_____

Date: 12/10/2019                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*