RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-18003

Re:   LORRAINE C THOMPSON
      24 CYPRESS AVENUE
      HALEDON,  NJ  07508

Atty: RUSSELL L LOW ESQ
      LOW & LOW ESQS
      505 MAIN STREET, SUITE 304
      HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $61,527.60**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/02/2019 | $1,025.46 | 5822227000 | 06/14/2019 | $1,025.46 | 5939233000 |
| 07/16/2019 | $1,025.46 | 6020728000 | 08/22/2019 | $1,025.46 | 6112977000 |
| 09/30/2019 | $1,025.46 | 6212307000 | 11/01/2019 | $1,025.46 | 6293852000 |
| 12/02/2019 | $1,025.46 | 6364355000 | 01/02/2020 | $1,025.46 | 6447459000 |

**Total Receipts: $8,203.68  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,203.68**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 10/21/2019 | $187.76 | 835,673 | 11/18/2019 | $1,010.08 | 837,739 |
| | 12/16/2019 | $972.14 | 839,647 | 01/13/2020 | $960.86 | 841,535 |
| | 01/13/2020 | $11.28 | 841,535 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 339.42 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | MIDFIRST BANK | MORTGAGE ARRE | 47,398.68 | 100.00% | 3,130.84 | |
| 0004 | MIDFIRST BANK | (NEW) MTG Agree | 531.00 | 100.00% | 11.28 | |

**Total Paid: $7,231.54**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $8,203.68   -   Paid to Claims: $3,142.12   -   Admin Costs Paid: $4,089.42   =   Funds on Hand: $972.14

**Chapter 13 Case # 19-18003**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.