Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−18003−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lorraine C Thompson
24 Cypress Avenue
Haledon, NJ 07508

Social Security No.:
xxx−xx−8290

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/22/20 at 10:00 AM

to consider and act upon the following:

*22* − Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 24 Cypress Avenue, Haledon, NJ 07508. Fee Amount $ 181. filed by Creditor MIDFIRST BANK., Motion for Relief from Co−Debtor Stay of Darryl S. Thompson, 19 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK.. Objection deadline is 03/27/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*23* − Response to (related document:22 Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 24 Cypress Avenue, Haledon, NJ 07508. Fee Amount $ 181. filed by Creditor MIDFIRST BANK., Motion for Relief from Co−Debtor Stay of Darryl S. Thompson, 19 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK.. Objection deadline is 03/27/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK.) filed by Russell L. Low on behalf of Lorraine C Thompson. (Low, Russell)

Dated: 3/30/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court