Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18003−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lorraine C Thompson
   24 Cypress Avenue
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−8290

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/22/20 at 10:00 AM

to consider and act upon the following:

*22* − Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 24 Cypress Avenue, Haledon, NJ 07508. Fee Amount $ 181. filed by Creditor MIDFIRST BANK., Motion for Relief from Co−Debtor Stay of Darryl S. Thompson, 19 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK.. Objection deadline is 03/27/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*23* − Response to (related document:22 Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 24 Cypress Avenue, Haledon, NJ 07508. Fee Amount $ 181. filed by Creditor MIDFIRST BANK., Motion for Relief from Co−Debtor Stay of Darryl S. Thompson, 19 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK.. Objection deadline is 03/27/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK.) filed by Russell L. Low on behalf of Lorraine C Thompson. (Low, Russell)

Dated: 3/30/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-18003-SLM
Lorraine C Thompson                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Mar 30, 2020
                             Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.
db             +Lorraine C Thompson,    24 Cypress Avenue,    Haledon, NJ 07508-1010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK. rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Lorraine C Thompson ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                            TOTAL: 5