UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on April 27, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  <u>19-18003 SLM</u>

Adv. No.:

Hearing Date:  4/22/2020  @ 10:00 a.m..

Judge:  <u>Stacey L. Meisel</u>

In Re:
        Lorraine C. Thomspon,

Debtors.

### ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: April 27, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Lorraine C. Thompson
Case No:  19-18003 SLM
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING
CERTIFICATION OF DEFAULT

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, Denise Carlon appearing, upon a certification of default as to real property located at 24 Cypress Avenue, Haledon, NJ 07508, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 1, 2020, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2020 through April 2020 for a total post-petition default of $27,350.68 (4 @ $3,035.72, 2 LC @ $121.42, $14,964.96 from AO filed 12/26/19); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $27,350.68 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor will file a modified plan to include arrears within twenty days of the submission of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2020, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Lorraine C. Thompson
Case No:  19-18003 SLM
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING
CERTIFICATION OF DEFAULT
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.