RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lorraine C. Thompson | : | CASE NO. 19-18003 |
| Debtor | : | HONORABLE STACEY L. MEISEL |

**ATTORNEY'S RESPONSE TO CERTIFICATION IN SUPPORT OF DEFAULT**

---

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Lorraine C. Thompson in this bankruptcy proceeding.

2. On November 9, 2020 a Creditor's Certification in Support of Default was entered due to missing payments from the debtor's behalf.

3. As per the debtor, she is still in the middle of court proceedings in an effort to retrieve spousal support and would like the opportunity to make a proposal to cure the mortgage payments after the spousal support hearing which is scheduled for Wednesday, December 2, 2020 is conducted and concluded.

Date:  November 23, 2020                                       /s/ Russell L. Low
                                                               **RUSSELL L. LOW, ESQ.**
                                                               Attorney for Debtor