Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  19−18003−SLM
    Chapter:  13
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lorraine C Thompson
   24 Cypress Avenue
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−8290

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/13/21 at 10:00 AM

to consider and act upon the following:

**51** − Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 24 Cypress Avenue, Haledon, NJ 07508. Fee Amount $ 181. filed by Creditor MIDFIRST BANK., Motion for Relief from Co−Debtor Stay of Darryl S. Thompson, 37 Creditor's Certification of Default filed by Creditor MIDFIRST BANK., 47 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK.. Objection deadline is 11/23/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**52** − Response to (related document:51 Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 24 Cypress Avenue, Haledon, NJ 07508. Fee Amount $ 181. filed by Creditor MIDFIRST BANK., Motion for Relief from Co−Debtor Stay of Darryl S. Thompson, 37 Creditor's Certification of Default filed by Creditor MIDFIRST BANK., 47 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK.. Objection deadline is 11/23/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK.) filed by Russell L. Low on behalf of Lorraine C Thompson. (Low, Russell)

Dated: 11/24/20

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court