Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−18003−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lorraine C Thompson
    24 Cypress Avenue
    Haledon, NJ 07508

Social Security No.:
    xxx−xx−8290

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/13/21 at 10:00 AM

to consider and act upon the following:

*51* − Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 24 Cypress Avenue, Haledon, NJ 07508. Fee Amount $ 181. filed by Creditor MIDFIRST BANK., Motion for Relief from Co−Debtor Stay of Darryl S. Thompson, 37 Creditor's Certification of Default filed by Creditor MIDFIRST BANK., 47 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK.. Objection deadline is 11/23/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*52* − Response to (related document:51 Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 24 Cypress Avenue, Haledon, NJ 07508. Fee Amount $ 181. filed by Creditor MIDFIRST BANK., Motion for Relief from Co−Debtor Stay of Darryl S. Thompson, 37 Creditor's Certification of Default filed by Creditor MIDFIRST BANK., 47 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK.. Objection deadline is 11/23/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK.) filed by Russell L. Low on behalf of Lorraine C Thompson. (Low, Russell)

Dated: 11/24/20

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Lorraine C Thompson  
Debtor(s)

Case No. 19-18003-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 1  
Date Rcvd: Nov 24, 2020 | Form ID: ntchrgbk | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

**Recip ID    Recipient Name and Address**
db          + Lorraine C Thompson, 24 Cypress Avenue, Haledon, NJ 07508-1010

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

**Name              Email Address**

Denise E. Carlon  
on behalf of Creditor MIDFIRST BANK. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
magecf@magtrustee.com

Rebecca Ann Solarz  
on behalf of Creditor MIDFIRST BANK. rsolarz@kmllawgroup.com

Russell L. Low  
on behalf of Debtor Lorraine C Thompson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee  
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5